| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:04-cr-93-FtM-29MRM |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott Albert<br>C/O U.S. Probation<br>District of Vermont<br>204 Main Street<br>Brattleboro, VT 05301 | Middle District of Florida | Fort Myers |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John E. Steele | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/22/14    TO N/A |

**OFFENSE**

Transporting Visual Depictions Involving the Use of Minors Engaged in Sexually Explicit Conduct

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Florida

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  District of Vermont  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2015
*Date*

*John E. Steele*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  Vermont

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date            United States District Judge